UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  CV 21-1668-JLS (AGR)                                              Date: June 09, 2021

Title     Markel Daniel Rowland v. Espinoza, et al.

Present: The Honorable:    Josephine L. Staton, United States District Judge

|  Melissa Kunig  |  None  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

|  Attorneys Present for Plaintiffs:  |  Attorneys Present for Defendants:  |
|---|---|
|  None  |  None  |

**PROCEEDINGS:**   (IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT (DKT. NO. 9.)

On May 26, 2021, Plaintiff filed a motion for entry of default against Defendants. (Dkt. No. 9.) Plaintiff states that "the defendant(s) in the above civil action has failed to respond to the summons which was entered and served 03/04/21 and had within 21 days after service of summons to respond pursuant to Fed.R.Civ.P. 12(a)(2) or (3).)" (Internal quotation marks omitted.) Plaintiff seeks entry of default judgment against Defendants. (Dkt. No. 9 at 1.)

On March 4, 2021, the Court issued an Order Directing Service Process by the United States Marshal upon Defendants Deputy Alvarado, Deputy Espinoza and Deputy Batres without prepayment of cost and issued the Summons. (Dkt. Nos. 5-6.)

Defendants have not been served. On March 25, 2021, the U.S. Marshal filed Process Receipts of unexecuted Summons upon Defendants Alvarado and Batres. (Dkt. Nos. 7-8.) On each Form, the U.S. Marshal indicates that the "LASD could not identify this defendant" and the individual could not be located. A Process Receipt was not filed for Deputy Espinoza.

A default judgment is available only when "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a). Plaintiff has not shown entitlement to a default judgment under Rule 55. Defendants did not fail to plead. Defendants Deputy Espinoza, Deputy Alvarado and Deputy Bates have not yet been served.

For these reasons, IT IS ORDERED that Plaintiff's motion for entry of default (Dkt. No. 9) is DENIED.

                                                                                             :
                                                            **Initials of Deputy Clerk**    mku