UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARKEL DANIEL ROWLAND,

             Plaintiff,

   v.

ESPINOZA, et al.,

             Defendants.

NO. CV 21-1668-JLS (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendant Espinoza's motion to dismiss is DENIED. Defendant Espinoza is directed to file an answer to the complaint within 30 days after entry of this order.

This action is referred back to the Magistrate Judge for further proceedings.

DATED: March 24, 2022

                                      JOSEPHINE L. STATON
                                      United States District Judge