**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MARKEL DANIEL ROWLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>ESPINOZA, et al.,<br><br>    Defendants. | No. CV 21-1668-JLS (AGR)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE** |

    On February 17, 2021, Plaintiff, a Los Angeles County jail inmate proceeding *pro se* and *in forma pauperis* filed a civil rights complaint under 42 U.S.C. § 1983 against Los Angeles Sheriff's Department ("LASD") Deputies Alvarado, Batres and Espinoza in their individual capacity. (Dkt. No. 1.) Defendants Alvarado and Batres have not been served. Defendant Espinoza filed a motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(6). This court issued a Report and Recommendation ("Report") that recommended denial of the motion. (Dkt. Nos. 24-25.) The District Court accepted the Report and denied Defendant's motion to dismiss. (Dkt. No. 29.) Defendant Espinoza has filed an answer.

    Both the Report and Notice of Filing of Report and Recommendation were returned as undeliverable by the postal service and entered on the docket on February

25, 2022.  (Dkt. No. 26-27.)  Plaintiff has been released from custody, apparently in January 2022.  See *Rowland v. Suarez*, CV 21-5924 (C.D. Cal.), Dkt. Nos. 15, 18, 24.

Local Rule 41-6 requires that a Plaintiff proceeding pro se must keep the Court apprised of the Plaintiff's current address.  In addition, Local Rule 41-6 provides that "the Court may dismiss the action with or without prejudice for want of prosecution" if the Plaintiff fails to notify the Court in writing of Plaintiff's current address within 15 days after mail is returned as undeliverable by the Postal Service.

Plaintiff has failed to notify the court in writing of Plaintiff's current address within 15 days after mail is returned as undeliverable as required in Local Rule 41-6.

Accordingly, IT IS ORDERED that, on or before **May 16, 2022**, Plaintiff shall show good cause, if there be any, why this action should not be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order.  ***Filing a Notice of Current Address on or before May 16, 2022, shall be deemed compliance with this Order to Show Cause.***

***If Plaintiff does not timely file a Notice of Current Address on or before May 16, 2022, or otherwise respond to this Order to Show Cause, this case is subject to dismissal without prejudice for plaintiff's failure to prosecute and/or failure to comply with a court order.***  See *Link v. Wabash R.R.*, 370 U.S. 626, 629-30 (1962).

DATED: May 2, 2022

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

2