UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1668-JLS (AGR) | Date | February 1, 2024 |
|---|---|---|---|
| Title | Markel Daniel Rowland v. Espinoza et al | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| K. Lozada | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff | Attorneys Present for Defendants |
|---|---|
| None | None |

**Proceedings:** In Chambers: ORDER GRANTING DEFENDANT ESPINOZA'S REQUEST FOR CONTINUANCE OF DEADLINES (Dkt. No. 39)

This prisoner civil rights case is one of two cases filed by Plaintiff. Defendant Espinoza filed a Status Report. (Dkt. No. 39.) Other defendants have not been served due to Plaintiff's failure to provide further identifying information in response to court order.

Among other things, Defendant Espinoza requested a continuance of various pretrial dates set by this court in the Order dated April 21, 2022 (Dkt. No. 32). The court set a briefing schedule. Plaintiff did not file an opposition or response to the request. The matter is appropriate for adjudication without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS ORDERED that Defendant Espinoza's request is GRANTED as follows:

1. The discovery cut-off date is extended to April 30, 2024.

2. All dispositive motions, including motions for summary judgment, must be filed and served no later than June 1, 2024.

Initials of Preparer     kl