UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-21-1668-JLS (AGR) | Date | April 12, 2024 |
|---|---|---|---|
| Title | Markel Daniel Rowland v. Espinoza, et. al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| K. Lozada | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff | Attorneys Present for Defendants |
|---|---|
| None | None |

**Proceedings:** (In Chambers) ORDER RE: BRIEFING SCHEDULE

On April 11, 2024, Defendant Deputy Ricardo A. Espinoza filed a Motion to Dismiss Plaintiff's Complaint for Failure to Prosecute Pursuant to FRCP 41(b). (Dkt No. 43.)

IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opposition on or before **May 15, 2024.**

2. Defendant may file a reply within 14 days of service of the opposition.

3. The hearing date of May 28, 2024 is VACATED. Unless otherwise ordered, the court will take the motion under submission without oral argument as of the date the reply is due.

Initials of Preparer    kl