JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL DANIEL ROWLAND,<br><br>                              Plaintiff,<br><br>  v.<br><br>ESPINOZA, et al.,<br><br>                        Defendants. | NO. LA21CV01668-JLS (AGR)<br><br>JUDGMENT |

     Pursuant to the Order of Dismissal,

     IT IS ADJUDGED that this action is dismissed without prejudice and Judgment is entered for Defendants.

DATED:  June 30, 2024                         _____

                                 JOSEPHINE L. STATON<br>                                 United States District Judge